UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:19-cv-01663-TLN-CKD (P)<br><br>ORDER |

     Plaintiff is a federal inmate proceeding pro se in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On June 23, 2020, the district judge assigned to this case adopted the Findings and Recommendations in part and rejected them in part by granting plaintiff leave to amend his cause of action under the Wiretap Act as to defendant Shelton only. ECF No. 19. The remaining claims against defendant Shelton and the County of Sacramento were dismissed without leave to amend. Id.

     Accordingly, IT IS HEREBY ORDERED that plaintiff may file a first amended complaint within 30 days from the date of this order that complies with the court's screening order, the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of

/////

/////

/////

1

1  Practice; the amended complaint must bear the docket number assigned this case and must be
2  labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order
3  will result in a recommendation that this action be dismissed.
4  Dated:  June 25, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12  12/head1663.timetoamend.docx