UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>            Plaintiff,<br><br>       v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | No. 2:19-cv-01663-TLN-KJN<br><br>**ORDER** |

Plaintiff Charles Head ("Plaintiff"), a prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 28, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 50.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 28, 2020 (ECF No. 50), are ADOPTED IN FULL;

2. The following claims raised in the First Amended Complaint (ECF No. 39) are DISMISSED: (1) alleged violation of the Wiretap Act by Defendants Sacramento County and Sacramento County Jail; and (2) alleged violation of the First and Fourth Amendments by Defendants Ellen Endrizzi and Kenneth Shelton.

IT IS SO ORDERED.

DATED:  March 19, 2021

Troy L. Nunley
United States District Judge

2