UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD, | No. 2:19-cv-01663-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al, | |
| Defendants. | |

Plaintiff Charles Head ("Plaintiff"), a prisoner proceeding *pro se*, has filed this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 67.) Neither party has filed timely objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The Findings and Recommendations filed June 3, 2021 (ECF No. 67), are ADOPTED
3  IN FULL;

4      2. Defendant Kenneth Shelton's ("Defendant") Motion to Dismiss (ECF No. 54) is
5  GRANTED as to Plaintiff's state law claim and DENIED as to Plaintiff's Wiretap Act claim; and

6      3. Within thirty (30) days of the date of electronic filing date of this Order, Defendant
7  shall file a response to Plaintiff's First Amended Complaint.

8      IT IS SO ORDERED.

9  DATED: July 30, 2021

            Troy L. Nunley
            United States District Judge