UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-1663 TLN KJN P<br><br><br>ORDER |

　　　Plaintiff is a federal prisoner proceeding with this civil action. On December 17, 2021, defendants Shelton and Endrizzi filed motions to compel. (ECF Nos. 86, 87.) Plaintiff did not oppose these motions.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to oppose defendants' motions to compel. If plaintiff opposes these motions, plaintiff shall file oppositions within fourteen days of the date of this order.

Dated: January 25, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.osc

1