UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>                Plaintiff,<br><br>        v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>                Defendants. | No.  2: 19-cv-1663 TLN KJN P<br><br><br>ORDER |

Plaintiff is a federal prisoner, proceeding without counsel, with this civil action.  Plaintiff is incarcerated at the Federal Correctional Institution in Cumberland, Maryland.  For the reasons stated herein, plaintiff is ordered to inform the court of the status of his access to his legal property regarding the instant action.

On December 17, 2021, defendant Endrizzi filed a motion to compel.  (ECF No. 87.)  Defendant Endrizzi contends that plaintiff failed to respond to a request for production of documents, interrogatories and a request for admissions served on October 9, 2021.  (Id.)  On February 4, 2022, defendant Shelton filed a motion to compel.  (ECF No. 94.)  Defendant Shelton contends that plaintiff failed to respond to interrogatories and a request for production of documents served on November 16, 2021.  (Id.)

On February 4, 2022, plaintiff filed a declaration stating that he timely submitted responses to defendants' discovery requests.  (ECF No. 96.)  Plaintiff also alleges that prison staff

1

have obstructed his mail.  (Id.)  Plaintiff alleges that he was supposed to be transferred to a new prison, so many of his legal documents were placed in boxes for shipping.  (Id.)  Plaintiff alleges that if defendants did not receive his responses, he may need additional time to recreate his responses and re-submit them to defendants.  (Id.)

On February 18, 2022, plaintiff filed a motion to stay this action.  (ECF No. 101.)  Plaintiff alleges that Captain Rakowski recently removed all of plaintiff's legal property related to the instant action.  (Id. at 4.)  Plaintiff alleges that he made several attempts to obtain his legal materials to no avail.  (Id.)  Plaintiff alleges that he is pursuing an injunction for the return of his legal materials in the federal court in Maryland.  (Id.)  Plaintiff requests that this action be stayed until his legal property is returned.  (Id.)

On February 25, 2022, defendant Shelton filed a reply to plaintiff's February 4, 2022 response to the motion to compel.  (ECF No. 102.)  Defendant requests that plaintiff be ordered to promptly recreate his responses or send copies of what he previously provided.  (Id.)  Defendant Endrizzi did not file a reply to plaintiff's February 4, 2022 response to the motion to compel.

If plaintiff does not have access to his legal property, he cannot send defendants copies of the responses he allegedly previously provided.  If plaintiff does not have access to his legal property, he may not be able to recreate his responses.  Accordingly, plaintiff is ordered to inform the court of the status of his access to his legal property regarding the instant action within fourteen days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall inform the court of the status of his access to his legal property regarding the instant action.

Dated:  March 15, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.ord(4)

2