UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD, | No. 2: 19-cv-1663 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

    Plaintiff is a federal prisoner, proceeding without counsel, with this civil action. Defendant Endrizzi is represented by the United States Attorney. Defendant Shelton is represented by private counsel. For the reasons stated herein, defendants are ordered to inform the court whether they received plaintiff's responses to discovery requests addressed in the pending motions to compel.

    On December 17, 2021, defendant Endrizzi filed a motion to compel. (ECF No. 87.) Defendant Endrizzi claimed that plaintiff failed to respond to a request for production of documents, interrogatories and a request for admissions served on October 9, 2021. (Id.) On February 4, 2022, defendant Shelton filed a motion to compel. (ECF No. 94.) Defendant Shelton claimed that plaintiff failed to respond to interrogatories and a request for production of documents served on November 16, 2021. (Id.)

////

On February 4, 2022, plaintiff filed a declaration stating that he timely submitted responses to defendants' discovery requests. (ECF No. 96.) Plaintiff also alleged that prison staff obstructed his mail. (Id.) On February 18, 2022, plaintiff filed a motion to stay this action. (ECF No. 101.) Plaintiff alleged that Captain Rakowski removed plaintiff's legal property related to the instant action. (Id. at 4.) Plaintiff requested that this action be stayed until his legal property was returned. (Id. at 2.)

On March 16, 2022, the undersigned ordered plaintiff to file a status report within fourteen days addressing his access to his legal property regarding the instant action. (ECF No. 107.)

On March 31, 2022, plaintiff filed a status report in response to the March 16, 2022 order. (ECF No. 108.) Plaintiff alleges that defense counsel deposed plaintiff on March 24, 2022. Plaintiff alleges that during the deposition, counsel for defendant Endrizzi informed plaintiff that he received plaintiff's discovery responses. Accordingly, counsel for defendant Endrizzi is ordered to inform the court within seven days from the date of this order whether they received plaintiff's responses to the request for production of documents, interrogatories and request for admissions served on October 9, 2021. If defendant Endrizzi received these responses, defendant Endrizzi shall address whether the motion to compel filed December 17, 2021, may be deemed resolved.

In the status report, plaintiff alleges that he recreated the discovery responses originally sent to defendant Shelton. Plaintiff alleges that he mailed these responses to defendant Shelton approximately one week after he received the motion to compel filed February 4, 2022. Counsel for defendant Shelton is ordered to inform the court within seven days from the date of this order whether they received plaintiff's response to interrogatories and request for production of documents served on November 16, 2021. If defendant Shelton received these responses, defendant Shelton shall address whether the motion to compel filed February 4, 2022, may be deemed resolved.

In the March 31, 2022 status report, plaintiff states that he does not have access to all of his legal materials. Plaintiff states that prison staff informed plaintiff that he would be transferred

shortly. Plaintiff states that he expects to be transferred within the next ten days. Plaintiff states that he expects to have full access to his legal materials by June 1, 2022. Plaintiff states that it usually takes 30-60 days for prisoners to receive their property after transferring to a new prison. In the status report, plaintiff requests that the instant action be stayed for 45 days after the close of discovery.

Plaintiff is ordered to file a status report twenty-one days from the date of this order addressing the status of his transfer and access to his legal property regarding the instant action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days from the date of this order, defendants shall inform the court whether they received plaintiff's responses to the at-issue discovery requests and, if appropriate, whether the pending motions to compel may be deemed resolved;

2. Twenty-one days from the date of this order, plaintiff shall file a status report addressing the status of his transfer and access to his legal property regarding the instant action.

Dated: April 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.ord(5)