**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLES HEAD, | Case No.: 2:19-cv-01663-TLN-KJN (PC) |
| PLAINTIFF, | |
| V. | **ORDER TO MODIFY THE SCHEDULING ORDER** |
| COUNTY OF SACRAMENTO, ET AL. | |
| DEFENDANTS. | |

GOOD CAUSE APPEARING, IT IS ORDERED that Defendants' Motion to Modify the Scheduling Order (ECF No. 113) is GRANTED. The last day to file dispositive motions is August 1, 2022.

Dated: May 10, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.mod(2)