UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD, | No. 2: 19-cv-1663 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner, proceeding without counsel, with this civil action. On May 16, 2022, plaintiff filed a status report addressing his access to his legal property. (ECF No. 116.) Plaintiff alleges that he was transferred to Federal Correctional Institution Mendota ("Mendota") on May 3, 2022. (Id. at 1.) Following his transfer to Mendota, plaintiff was placed in quarantine due to COVID-19 for one week. (Id.) Plaintiff alleges that he does not have access to his legal materials. (Id. at 2.)

In his status report, plaintiff states that he will inform the court immediately at the time he obtains his legal papers related to this action. (Id.) Nevertheless, plaintiff is ordered to file a status report within twenty-one days of the date of this order addressing his access to his legal property related to this action.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall file a status report addressing his access to his legal property related to this action.

Dated: May 24, 2022

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.sta