UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD, | No. 2: 19-cv-1663 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner, proceeding without counsel, with this civil action. For the reasons stated herein, plaintiff is ordered to file a status report addressing his access to his legal property regarding the instant action.

On May 16, 2022, plaintiff informed the court that he was transferred to the Federal Correctional Institution Mendota ("Mendota") on May 3, 2022. (ECF No. 116 at 1.) Plaintiff stated that he did not have access to his legal materials. (Id.)

On May 24, 2022, the undersigned ordered plaintiff to file a status report within twenty-one days addressing his access to his legal property regarding the instant action. (ECF No. 119.)

In the status report filed June 21, 2022, plaintiff alleges that prison staff informed plaintiff that he would not receive his property for three to four months. (ECF No. 120.) Plaintiff alleges that he anticipates receiving his legal papers in September 2022. (Id.) Plaintiff requests that the court communicate with the Warden at Mendota regarding plaintiff's access to his legal property.

1

(Id.)

Due to the ongoing COVID-19 pandemic, at this time the undersigned is reluctant to interfere with prison procedures regarding inmate access to legal property. Accordingly, plaintiff is ordered to file a status report within twenty-one days of the date of this order addressing his access to his legal property regarding the instant action.

Pending before the court are defendant Endrizzi's motion to compel (ECF No. 87), plaintiff's motion for sanctions (ECF No. 89), plaintiff's motion for extension of time to conduct discovery (ECF No. 90), defendant Shelton's motion to compel (ECF No. 94) and plaintiff's request to stay this action (ECF No. 101). These motions are vacated because plaintiff does not have access to his legal property. These motions will be reinstated following the return of plaintiff's legal property.

Because plaintiff does not have access to his legal property, the August 1, 2022 dispositive motion deadline is vacated. This deadline will be reset following the return of plaintiff's legal property.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, plaintiff shall file a status report addressing his access to his legal property regarding the instant action;
2. The pending motions in this action (ECF Nos. 87, 89, 90, 94, 101) are vacated;
3. The August 1, 2022 dispositive motion deadline is vacated.

Dated: July 14, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.ord(6)