UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD, | No. 2: 19-cv-1663 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner, proceeding without counsel, with this civil action. On July 14, 2022, the undersigned ordered plaintiff to file a status report within twenty-one days addressing his access to his legal property regarding the instant action. (ECF No. 121.) Twenty-one days passed and plaintiff did not file a status report or otherwise respond to the July 14, 2022 order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to file a status report as ordered by the July 14, 2022 order; failure to respond to this order may result in the recommendation that this action be dismissed for failure to prosecute.

Dated: August 24, 2022

Head1663.osc(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE