UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | No. 2: 19-cv-1663 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding with this civil action. For the reasons stated herein, the undersigned resets the previously vacated deadline for filing dispositive motions.

On October 6, 2022, the undersigned granted defendant Endrizzi's motion to compel and deemed defendant Shelton's motion to compel resolved. (ECF No. 126.) The undersigned ordered defendants to re-serve plaintiff with the at issue discovery requests within five days. (Id.) The undersigned ordered plaintiff to respond to the re-served discovery requests within thirty days. (Id.) The undersigned ordered that defendants could file motions to compel within thirty days thereafter. (Id.) That time passed and defendants did not file motions to compel. Discovery is otherwise closed. Accordingly, the undersigned herein resets the deadline for filing dispositive motions.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that the deadline for filing dispositive motions
2   is March 10, 2023.
3   Dated:  December 23, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.sch