UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-1663 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a federal prisoner proceeding with this civil action. For the reasons stated herein, defendants are ordered to re-serve plaintiff with their summary judgment motions.

　　　　On March 10, 2023, defendants Shelton and Endrizzi filed summary judgment motions. (ECF Nos. 129, 130.) Defendants served their summary judgment motions on plaintiff at his address of record, i.e., the Federal Correctional Institution in Mendota, California. (Id.)

　　　　On March 31, 2023, plaintiff filed a notice of change of address. (ECF No. 132.) Plaintiff states that during March 2023, he was transferred to the Federal Correctional Institution in Littleton, Colorado. (Id.) Plaintiff states that he was transferred without his legal papers. (Id.)

　　　　In an abundance of caution, defendants are ordered to re-serve plaintiff with their summary judgment motions at the Federal Correctional Institution in Littleton, Colorado.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, defendants shall re-serve plaintiff with their summary judgment motions at the Federal Correctional Institution in Littleton, Colorado; defendants shall file proof of re-service within that time;

2. Plaintiff is granted forty-five days from the date of this order to file his oppositions to defendants' summary judgment motions.

Dated: April 10, 2023

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Head1663.ord(7)